PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

| DOCKET NUMBER *(Tran. Court)* |
|---|
| 3:00-cr-265-J-20MMH |

| DOCKET NUMBER *(Rec. Court)* |
|---|
| 03-10374 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Peters, Jason<br>22 Central Avenue<br>Falmouth, MA 02536 | Middle District of Florida | Jacksonville |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable Harvey E. Schlesinger | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM: 09/30/2003 — TO: 09/29/2006 |

**OFFENSE**

Conspiracy to Distribute Marijuana

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE __Middle__ DISTRICT OF __Florida__

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the __District of Massachusetts__ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_11/14/03_
Date

_[signature]_
Chief United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF Massachusetts

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_Dec 4, 2003_
Effective Date

_William G. Young_
United States District Judge